## 22364.   BRYANT v. CLARK GLASS & MIRROR COMPANY et al.

CANDLER, Justice.   In this litigation the amended petition prays only for declaratory relief, a money judgment against all of the defendants and for such other and further relief as to the court seems meet and proper; and since it seeks only legal relief, the Court of Appeals and not this court has jurisdiction of the case and it is therefore transferred to that court.

*Transferred to the Court of Appeals.   All the Justices concur.*

ARGUED FEBRUARY 11, 1964—DECIDED FEBRUARY 18, 1964.

*Grace W. Thomas,* for plaintiff in error.

*James H. Moore, A. Tate Conyers, Harold C. McKenzie, Troutman, Sams, Schroder & Lockerman, Greene, Neely, Buckley & DeRieux,* contra.